**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LAWRENCE MERIWETHER, | |
| Plaintiff, | Case No.1:20-cv-01003-LY |
| v. | |
| HUNTER WARFIELD, INC., | |
| Defendant. | |
| TERRI ALEXANDER, | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-01005 |
| HUNTER WARFIELD, INC., | |
| Defendant. | |

<u>**PROPOSED SCHEDULING ORDER**</u>

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order.

1.     The parties shall file all amended or supplemental pleadings and shall join additional parties on or before **August 30, 2021**.

2.     All parties asserting claims for relief shall file and serve on all other parties their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **October 19, 2021**. Parties resisting claims for relief shall file and serve on all other

3

parties their designations of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **November 18, 2021**. All designations of rebuttal experts shall be filed and served on all other parties not later than 14 days of receipt of the report of the opposing expert, and the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be served, but not filed, on all other parties not later than 14 days of receipt of the report of the opposing expert.

3.      The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before and each opposing party shall respond, in writing, on or before **September 20, 2021.** All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial.

4.      A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **October 9, 2021.**

**5.**      Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. **The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.**

3

6.      The parties shall complete discovery on or before **December 28, 2021.**

Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.      All dispositive motions shall be filed and served on all other parties on or before **January 25, 2022** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 14 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

**The parties shall not complete the following paragraph 8. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

8.      This case is set for final pretrial conference, in chambers, on the___day of

_____, 20___, at____and ___ trial  in  the month of 20_____. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

SIGNED this_day of_, 20___.

_____

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

3

Dated: July 15, 2021                              Respectfully submitted,

**LAWRENCE MERIWETHER and**                     **HUNTER WARFIELD, INC.**
**TERRI ALEXANDER**

                                                */s/ Marissa Boulanger*
*By: /s/ Mohammed O. Badwan*                     **MALONE FROST MARTIN PLLC**
Mohammed O. Badwan, Esq.                          EUGENE XERXES MARTIN, IV
Counsel for Plaintiffs                            Texas State Bar No. 24078928
Sulaiman Law Group, Ltd                           Email: xmartin@mamlaw.com
2500 S Highland Ave, Suite 200                    MARISSA BOULANGER
Lombard, IL 60148                                 State Bar No. 24100912
(630) 575-8180                                    Email: mboulanger@mamlaw.com
mbadwan@sulaimanlaw.com