IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAWRENCE MERIWETHER, §<br>§<br>*Plaintiff* §<br>§<br>VS. §<br>§<br>HUNTER WARFIELD, INC., §<br>§<br>*Defendant* §<br>§ | Case No. 1:20-CV-01003-LY |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for an INITIAL PRETRIAL CONFERENCE by telephone on **Friday, August 20, 2021, at 11:00 AM CDT.** The parties shall provide the court with their direct telephone numbers **on or before 12:00 PM CDT, on Thursday, August 19, 2021**, via email to Courtroom Deputy Clerk, Samantha Oakes at Samantha_Oakes@txwd.uscourts.gov.

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

At the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this 26th day of July, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE